1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES LINZY FRANKLIN, | ) | Case No. EDCV 13-1472-SVW (OP) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| | ) | |
| TERRI MacDONALD, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written Objections to the Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge,

/ / /

/ / /

/ / /

1       IT IS ORDERED that Judgment be entered: (1) accepting this Report and
2 Recommendation; and (2) granting Respondent's Motion to Dismiss the Petition as
3 untimely; and (3) directing that judgment be entered denying the Petition and
4 dismissing this action with prejudice.

7 DATED: June 10, 2014

                                      HONORABLE STEPHEN V. WILSON
                                      United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge